UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

C. STEPHEN HARRIS                                                                                      PLAINTIFF

V.                                                                                      CAUSE NO. 3:04cv-356-WSU

EAST CENTRAL MISSISSIPPI HEALTH CARE, INC.
AND ITS BOARD OF DIRECTORS                                                         DEFENDANTS

## FINAL JUDGMENT OF DISMISSAL

The above styled and numbered cause came before this Court on the joint motion of the parties to dismiss. The Court notes the agreement of the parties as evidenced by the signatures below of their respective counsel and the Court therefore finds that the request is well taken and should be granted.

**IT IS THEREFORE, ORDERED AND ADJUDGED**, that the above matter is hereby dismissed with prejudice, with each party to bear its own costs.

**SO ORDERED AND ADJUDGED**, this the 29th day of November, 2006.

s/ HENRY T. WINGATE

CHIEF UNITED STATES DISTRICT JUDGE

Submitted by:

s/Marjorie S. Busching_____
John L. Maxey, Esquire (MSB #1946)
Marjorie S. Busching (MSB # 100523)
MAXEY WANN PLLC
210 East Capitol Street, Suite 2125
Post Office Box 3977
Jackson, Mississippi 39207-3977
Telephone: (601) 355-8855
Facsimile: (601) 355-8881


s/E. Russell Turner_____
E. Russell Turner, Esquire (MSB #9903)
Balch & Bingham
Suite 200, 401 East Capitol Street
Jackson, Mississippi  39202
Telephone: (601) 961-9900
Facsimile: (601) 961-4466